UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE T. SANCHEZ, | ) | Case No. CV 15-5850 SVW(JC) |
| Petitioner, | ) ) | |
| v. | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RAYMOND MADDEN, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss the Petition and all documents submitted in conjunction therewith and in opposition thereto, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    THE COURT HEREBY FINDS that Grounds 1a-1b and 1d-1g (as enumerated in the Report and Recommendation) are unexhausted and that the Petition is "mixed."

    THE COURT HEREBY ORDERS: (1) Unless petitioner seeks to amend the Petition to delete the unexhausted claims within fourteen (14) days of the entry of this Order, the Motion to Dismiss is granted, the Petition and this action are

dismissed, and the Clerk shall enter judgment accordingly thirty (30) days from the entry of this Order absent further order of the Court; and (2) If petitioner timely seeks to amend the Petition to delete the unexhausted claims (Grounds 1a-1b and 1d-1g), the Petition is amended to delete the unexhausted claims (Grounds 1a-1b and 1d-1g), the Motion to Dismiss is denied as moot, and respondent shall file a response to the remaining exhausted claims (Ground 1c, 2 and 3) within thirty (30) days of the entry of this Order absent further order of the Court.

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order on petitioner and counsel for respondent.

      IT IS SO ORDERED.

DATED: September 8, 2016

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE