UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE T. SANCHEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RAYMOND MADDEN,<br><br>　　　　　Respondent. | Case No. CV 15-5850 SVW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: __October 2, 2018__

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE